IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANGEL LUCAS | : | CASE NO. 3:25-cv-237 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| CORRECTIONAL OFFICER LIGGINS, *et al.* | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING ORDER AND SUPPLEMENTAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. NO. 18), THE COURT NOTING THAT NO OBJECTIONS HAVE BEEN FILED BY DEFENDANT WITHIN THE TIME PERIOD FIXED BY LAW; JUDGMENT TO ULTIMATELY ENTER IN ACCORDANCE WITH ORDER AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On October 6, 2025, the United States Magistrate Judge issued an Order and Supplemental Report and Recommendation (Doc. No. 18). Although given notice of her responsibility to object within fourteen days after being served with a copy of the Order and Supplemental Report and Recommendation, Plaintiff has filed no objections thereto.

Accordingly, based upon a thorough review of this Court's file, the applicable law and the reasoning and citations of authority set forth by the Magistrate Judge in her Order and Supplemental Report and Recommendation, this Cout **ADOPTS** same and, in so doing:

1. The July 2025 Report and Recommendation is **VACATED in part**, and Plaintiff's false conduct report claim regarding the March 2025 incident is **DISMISSED**.

2. Official capacity claims seeking monetary relief against Defendants is **DISMISSED, ADOPTING in part** the July 2025 recommendation to also **DISMISS** such claims against Defendant Liggins.

3. Plaintiff's claims against Defendant Dr. Ruiz IS **DISMISSED**, and Ruiz is **DISMISSED** as a defendant.

4. Plaintiff's failure to investigate claims against Defendants Boles and Ditto is **DISMISSED**, and Boles and Ditto are **DISMISSED** as defendants.

5. Plaintiff's supervisor liability claim against Defendant Olds is **DISMISSED**, and Olds is **DISMISSED** as a defendant.

6. Plaintiff's conspiracy claim against all Defendants is **DISMISSED**.

7. To the extent that Plaintiff seeks to raise an excessive force claim against Defendant Liggins, same is **DISMISSED**.

In addition, the Court **ORDERS** as follows that:

1. Plaintiff's motions to amend (Docs. 13, 14, and 15) are **GRANTED**.

2. The **CLERK OF COURT is DIRECTED** to file Plaintiff's initial Complaints (Docs. 7 and 8) and new allegations (Docs. 13-1, 14-1 (Signature Page), and 15) together as a single document titled "First Amended Complaint" on the docket of this case.

3. Plaintiff may proceed at this juncture on her Eighth Amendment failure to protect claim for the March 2025 incident, her Fourteenth Amendment false conduct report and due process claims for the June 2025 incident, and her First Amendment retaliation claim against Defendant Liggins in her individual capacity, to the extent Plaintiff seeks monetary

relief, and in her official capacity, to the extent Plaintiff seeks injunctive relief.

4. The United States Marshal shall serve a copy of the First Amended Complaint, summons, the Order granting Plaintiff in forma pauperis status (Doc. 6), this Order and the Supplemental Report and Recommendation upon Defendant as directed by Plaintiff. All costs of service shall be advanced by the United States.

5. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's attorney(s), a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to Defendant or Defendant's counsel. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk, or which fails to include a certificate of service will be disregarded by the Court.

6. Plaintiff is reminded that she must keep this Court informed of her current address and promptly file a Notice of New Address if she is released or transferred.

This matter is transferred to the United States Magistrate Judge for all further proceedings up to but not including the phase of the litigation wherein counsel may wish to file motions for summary judgement within the time period fixed by the previously filed Scheduling Order.

Date: 11-13-25

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE